# Exhibit 2

| US8666560B2 | Leviton's Decora Smart Plug ("The accused product") |
|---|---|
| 1. A Smart Gateway Power Control (SGPC) system comprising: (a) power source plug; (b) power load receptacle; (c) power switch; (d) power monitor; (e) computing device; and (f) wireless communication interface; | The accused product discloses a Smart Gateway Power Control (SGPC) system that comprises (a) power source plug; (b) power load receptacle; (c) power switch; (d) power monitor; (e) computing device; and (f) wireless communication interface.<br><br>The accused product is a smart plug device that includes a wireless switch (e.g., power switch). It discloses a system that provides a power source plug and a receptacle. The smart plug enables monitoring of power consumption, providing a power monitor and support Wi-Fi communication (e.g., wireless communication interface).<br><br> |

https://leviton.com/products/d215p-1bw

## PRODUCT DATA



### Decora Smart® Mini Plug-In Switch

 

(2nd Gen)





**WORKS WITH MY LEVITON**

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

**SUPPORTS MATTER**

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



## DIMENSIONAL DRAWINGS

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

The Leviton Decora smart plug monitors the state of the power load on the smart plug device using the ON and OFF values indicating a power monitor.

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw

## WIRE-FREE SWITCHED OUTLET CONTROL

The Decora Smart Wi-Fi 2nd Gen Mini Plug-in Switch can be paired with wire-free DAWSC Anywhere Switch Companion. Anywhere Companions look like a traditional switch and are easily installed onto any interior wall surface or in an existing wallbox with no wiring required. Up to 3 Companions can be associated to a D215P for easy to install switched outlet control.



WIRE-FREE

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw



- General purpose loads up to 15 amps, for specific ratings see the chart below.

- Additional self-service support options can be found in the My Leviton app or at leviton.com/decorasmart.

| RATINGS | |
|---|---|
| General Use | 15A, 120VAC, 60Hz |
| LED / CFL / Electronic Ballast | 5A |
| Incandescent / Halogen | 1500W |
| Magnetic Ballast | 15A |
| Motor | 3/4 HP |
| Operating Temp | 0°C - 40°C (32°F - 104°F) |
| Operating Humidity | 0 - 90% non-condensing |
| **NETWORK** | |
| Wi-Fi | 802.11 b/g/n networks - 2.4GHz only |
| Security | WPA, WPA2, or WPA3 security, or open |
| Bluetooth | v5.0 |
| **MY LEVITON APP** | |
| iOS | version 12.0 or later |
| Android | version 8.0 or later |

https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf



https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

## Home screen dashboard



**1** The main screen for your Load Center shows your current expenditures at a glance. From this screen you can access all of the various Load Center details and settings.

See what energy sources are currently powering your home

Monitor up to 3 alternate energy sources with CTs

Breaker consumption per circuit

https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-Leviton-App-Guide.pdf



https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-Leviton-App-Guide.pdf

| | |
|---|---|
| wherein said power switch | The accused product discloses the system such that said power switch comprises a primary (e.g., input pins) and secondary contactor (e.g., output pins), said primary (e.g., input pins) and |

| | |
|---|---|
| comprises a primary and secondary contactor, said primary and secondary contactor electrically connected in response to a control input; | secondary contactor (e.g., output pins) electrically connected in response to a control input (e.g., selecting on/off button to control the power flow from input pin to output pin).<br><br>The smart plug comprises a switch that comprises an input pin (e.g., primary contactor) and an output pin (e.g., secondary contactor) which are connected based on a control input (e.g., selecting on/off button to control the power flow from input pin to output pint).<br><br><br><br>https://leviton.com/products/d215p-1bw |

**PRODUCT DATA**

# Decora Smart® Mini Plug-In Switch

 

## (2nd Gen)



**WORKS WITH MY LEVITON**

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

**SUPPORTS MATTER**

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



## DIMENSIONAL DRAWINGS

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw

**WIRE-FREE SWITCHED OUTLET CONTROL**

The Decora Smart Wi-Fi 2nd Gen Mini Plug-in Switch can be paired with wire-free DAWSC Anywhere Switch Companion. Anywhere Companions look like a traditional switch and are easily installed onto any interior wall surface or in an existing wallbox with no wiring required. Up to 3 Companions can be associated to a D215P for easy to install switched outlet control.



WIRE-FREE

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw



https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

| said power | The accused product discloses the system that comprises said power source plug (e.g., plug for |

| | |
|---|---|
| source plug is electrically connected to said primary contactor of said power switch; | power supply input) that is electrically connected to said primary contactor (e.g., input pins) of said power switch.<br><br>Leviton's Decora Smart Plug disclose an electrical connection between the power source plug connected to the primary contactor input pin of the relay (e.g., power switch).<br><br><br><br>https://leviton.com/products/d215p-1bw |

**PRODUCT DATA**



# Decora Smart® Mini Plug-In Switch

 

## (2nd Gen)



**WORKS WITH MY LEVITON**

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

**SUPPORTS MATTER**

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



## DIMENSIONAL DRAWINGS

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

### WIRE-FREE SWITCHED OUTLET CONTROL

The Decora Smart Wi-Fi 2nd Gen Mini Plug-in Switch can be paired with wire-free DAWSC Anywhere Switch Companion. Anywhere Companions look like a traditional switch and are easily installed onto any interior wall surface or in an existing wallbox with no wiring required. Up to 3 Companions can be associated to a D215P for easy to install switched outlet control.



WIRE-FREE

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw



https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

| said power | The accused product discloses the system such that said power load receptacle that is electrically |
|---|---|

| | |
|---|---|
| load receptacle is electrically connected to said secondary contactor of said power switch; | connected to said secondary contactor of said power switch.<br><br>The accused product discloses an electrical connection between the power load receptacle connected to the secondary contactor or output pin of the relay (e.g., power switch).<br><br><br><br>https://leviton.com/products/d215p-1bw |

**PRODUCT DATA**



# Decora Smart® Mini Plug-In Switch





## (2nd Gen)



**WORKS WITH MY LEVITON**

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

**SUPPORTS MATTER**

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



**DIMENSIONAL DRAWINGS**

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

### WIRE-FREE SWITCHED OUTLET CONTROL

The Decora Smart Wi-Fi 2nd Gen Mini Plug-in Switch can be paired with wire-free DAWSC Anywhere Switch Companion. Anywhere Companions look like a traditional switch and are easily installed onto any interior wall surface or in an existing wallbox with no wiring required. Up to 3 Companions can be associated to a D215P for easy to install switched outlet control.



WIRE-FREE

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw



https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

| | |
|---|---|
| said power monitor produces a power value output in response to the electrical power flowing through said power load receptacle; | The accused product discloses the system such that said power monitor that produces a power value output in response to the electrical power flowing through said power load receptacle.<br><br>Leviton's Decora smart plug monitors the power load using a power monitoring and power value output in response to electrical power flowing through the power load receptacle.<br><br><br><br>https://leviton.com/products/d215p-1bw |

**PRODUCT DATA**

# Decora Smart® Mini Plug-In Switch

 

## (2nd Gen)



**WORKS WITH MY LEVITON**

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home



**SUPPORTS MATTER**

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



Easy to install, connects to Wi-Fi, no hub required.

https://leviton.com/products/d215p-1bw

 **Plug in your device**



1.

2. Press to turn ON and OFF.



https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

# Home screen dashboard





The main screen for your Load Center shows your current expenditures at a glance. From this screen you can access all of the various Load Center details and settings.

See what energy sources are currently powering your home

Monitor up to 3 alternate energy sources with CTs

Breaker consumption per circuit

https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-Leviton-App-Guide.pdf



https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-Leviton-App-Guide.pdf

| said computing device is electrically connected to said power switch control input; | The accused product discloses the system such that said computing device that is electrically connected to said power switch control input.<br><br>The accused product comprises a processor (e.g., computing device) that is electrically connected to the relay on the PCB.<br><br>**DIMENSIONAL DRAWINGS**<br><br><br><br>https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf<br><br>The Leviton Decora smart plug monitors the state of the power load on the smart plug device using the ON and OFF values indicating a power monitor. |

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**
Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



- General purpose loads up to 15 amps, for specific ratings see the chart below.

- Additional self-service support options can be found in the My Leviton app or at leviton.com/decorasmart.

| RATINGS | |
| --- | --- |
| General Use | 15A, 120VAC, 60Hz |
| LED / CFL / Electronic Ballast | 5A |
| Incandescent / Halogen | 1500W |
| Magnetic Ballast | 15A |
| Motor | 3/4 HP |
| Operating Temp | 0°C - 40°C (32°F - 104°F) |
| Operating Humidity | 0 - 90% non-condensing |
| **NETWORK** | |
| Wi-Fi | 802.11 b/g/n networks - 2.4GHz only |
| Security | WPA, WPA2, or WPA3 security, or open |
| Bluetooth | v5.0 |
| **MY LEVITON APP** | |
| iOS | version 12.0 or later |
| Android | version 8.0 or later |

https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf



https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

| said | The accused product discloses the system such that said computing device that is electrically |

| | |
|---|---|
| computing device is electrically connected to said power monitor power value output; | connected to said power monitor power value output.<br><br>The accused product comprises a processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device. This indicates that the power monitor is electrically connected to the computing device.<br><br><br><br>https://leviton.com/products/d215p-1bw |

## PRODUCT DATA



# Decora Smart® Mini Plug-In Switch



### (2nd Gen)



**WORKS WITH MY LEVITON**
The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

**SUPPORTS MATTER**
Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw

 **Plug in your device**



1.



2. Press to turn ON and OFF.

https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

## Home screen dashboard





The main screen for your Load Center shows your current expenditures at a glance. From this screen you can access all of the various Load Center details and settings.

See what energy sources are currently powering your home

Monitor up to 3 alternate energy sources with CTs

Breaker consumption per circuit

https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-Leviton-App-Guide.pdf



https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-Leviton-App-Guide.pdf

| said computing device is configured to communicate to a first computer network via | The accused product discloses the system such that said computing device (e.g., processor) that is configured to communicate to a first computer network (e.g., communication network between server and Leviton's Decora smart plug) via said wireless communication interface (e.g., Wi-Fi network interface) and modulates the state of said power switch control input (e.g., selecting on/off button to control the power flow from input pin to output pin) in response to commands (e.g., turn on/off commands) received from a user interface (e.g., Leviton app) communicating with a second computer network (e.g., communication network between server and Leviton smartphone app) using a communication device (e.g., a smartphone enabled with Leviton smartphone app). |

| said wireless communication interface and modulates the state of said power switch control input in response to commands received from a user interface communicating with a second computer network using a communication device; | The accused product comprises a processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network interface. It transmits the status and power values to the server.<br><br>Further, Leviton provides a Leviton smartphone app that can communicate to the server over Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can turn on or off the smart plug.<br><br><br><br>https://leviton.com/products/d215p-1bw |

## PRODUCT DATA



# Decora Smart® Mini Plug-In Switch

 

## (2nd Gen)



 

### WORKS WITH MY LEVITON

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

### SUPPORTS MATTER

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



## DIMENSIONAL DRAWINGS

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw



https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**WIRE-FREE SWITCHED OUTLET CONTROL**

The Decora Smart Wi-Fi 2nd Gen Mini Plug-in Switch can be paired with wire-free DAWSC Anywhere Switch Companion. Anywhere Companions look like a traditional switch and are easily installed onto any interior wall surface or in an existing wallbox with no wiring required. Up to 3 Companions can be associated to a D215P for easy to install switched outlet control.



WIRE-FREE

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw



- General purpose loads up to 15 amps, for specific ratings see the chart below.

- Additional self-service support options can be found in the My Leviton app or at leviton.com/decorasmart.

| RATINGS | |
|---|---|
| General Use | 15A, 120VAC, 60Hz |
| LED / CFL / Electronic Ballast | 5A |
| Incandescent / Halogen | 1500W |
| Magnetic Ballast | 15A |
| Motor | 3/4 HP |
| Operating Temp | 0°C - 40°C (32°F - 104°F) |
| Operating Humidity | 0 - 90% non-condensing |
| **NETWORK** | |
| Wi-Fi | 802.11 b/g/n networks - 2.4GHz only |
| Security | WPA, WPA2, or WPA3 security, or open |
| Bluetooth | v5.0 |
| **MY LEVITON APP** | |
| iOS | version 12.0 or later |
| Android | version 8.0 or later |

https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf



https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

## Home screen dashboard



The main screen for your Load Center shows your current expenditures at a glance. From this screen you can access all of the various Load Center details and settings.

See what energy sources are currently powering your home

Monitor up to 3 alternate energy sources with CTs

Breaker consumption per circuit

https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-Leviton-App-Guide.pdf



https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-Leviton-App-Guide.pdf

| said computing device is configured to communicate with said first computer network via said wireless communicati | The accused product discloses the system such that said computing device that is configured to communicate with said first computer network via said wireless communication interface and transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network using said communication device.<br><br>The accused product comprises a processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network interface. It transmits the status and power values to the server. |
|---|---|

| | |
|---|---|
| on interface and transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network using said communication device; | Further, Leviton provides a Leviton smartphone app that can communicate to the server over Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can fetch power usages (e.g., power monitoring values) from the smart plug.<br><br><br><br>https://leviton.com/products/d215p-1bw |

**PRODUCT DATA**

# Decora Smart® Mini Plug-In Switch

**(2nd Gen)**

 



**WORKS WITH MY LEVITON**

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

**SUPPORTS MATTER**

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



**DIMENSIONAL DRAWINGS**

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

## WIRE-FREE SWITCHED OUTLET CONTROL

The Decora Smart Wi-Fi 2nd Gen Mini Plug-in Switch can be paired with wire-free DAWSC Anywhere Switch Companion. Anywhere Companions look like a traditional switch and are easily installed onto any interior wall surface or in an existing wallbox with no wiring required. Up to 3 Companions can be associated to a D215P for easy to install switched outlet control.



WIRE-FREE

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw



- General purpose loads up to 15 amps, for specific ratings see the chart below.

- Additional self-service support options can be found in the My Leviton app or at leviton.com/decorasmart.

| RATINGS | |
|---|---|
| General Use | 15A, 120VAC, 60Hz |
| LED / CFL / Electronic Ballast | 5A |
| Incandescent / Halogen | 1500W |
| Magnetic Ballast | 15A |
| Motor | 3/4 HP |
| Operating Temp | 0°C - 40°C (32°F - 104°F) |
| Operating Humidity | 0 - 90% non-condensing |
| **NETWORK** | |
| Wi-Fi | 802.11 b/g/n networks - 2.4GHz only |
| Security | WPA, WPA2, or WPA3 security, or open |
| Bluetooth | v5.0 |
| **MY LEVITON APP** | |
| iOS | version 12.0 or later |
| Android | version 8.0 or later |

https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf



https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

# Home screen dashboard





The main screen for your Load Center shows your current expenditures at a glance. From this screen you can access all of the various Load Center details and settings.

See what energy sources are currently powering your home

Monitor up to 3 alternate energy sources with CTs

Breaker consumption per circuit

https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-Leviton-App-Guide.pdf



https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-Leviton-App-Guide.pdf

| said computing device is configured to send a periodic message from said SGPC to a proxy server containing the ID, password, router IP ADR, port, and subnet vector or path of said SGPC; | The accused product discloses the system such that said computing device that is configured to send a periodic message (e.g., periodic messages from smart plug to server such as status messages, power monitoring messages, etc.) from said SGPC to a proxy server containing the ID, password (e.g., a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server), router IP ADR, port, and subnet vector (e.g., IP address, subnet address, port address, etc.) or path of said SGPC.<br><br>Leviton smartphone app provides power usage values of the Leviton smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server. |



https://leviton.com/products/d215p-1bw

**PRODUCT DATA**



## Decora Smart® Mini Plug-In Switch



(2nd Gen)





**WORKS WITH MY LEVITON**

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

**SUPPORTS MATTER**

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw

| | |
|---|---|
| |  https://youtu.be/r2VYY5Yx7NA |
| said computing device is configured to store said SGPC | The accused product discloses the system such that said computing device that is configured to store said SGPC periodic message with a proxy server in an SGPC ID translation database (e.g., a unique device identifier corresponding to the accused product). Leviton smartphone app provides power usage values of the Leviton Decora smart plug. It receives these values from the server. The accused product must provide periodic messages to the server |

| periodic message with a proxy server in an SGPC ID translation database; | such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server.<br><br>Further, while registering a Leviton Decora smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug in the Leviton smartphone app.<br><br><br><br>https://leviton.com/products/d215p-1bw |

**PRODUCT DATA**



# Decora Smart® Mini Plug-In Switch



 matter

## (2nd Gen)





**WORKS WITH MY LEVITON**

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

**SUPPORTS MATTER**

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw



https://youtu.be/r2VYY5Yx7NA

| said communication device is configured to | The accused product discloses the system such that said communication device (e.g., a smartphone enabled with Leviton smartphone app) that is configured to request a SGPC ID translation (e.g., requesting information for the accused product) by said proxy server from said user interface. |

| | |
|---|---|
| request a SGPC ID translation by said proxy server from said user interface; | Leviton smartphone app provides power usage values of the Leviton Decora smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server.<br><br>Further, while registering a Leviton Decora smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug in the Leviton smartphone app.<br><br> |

https://leviton.com/products/d215p-1bw

## PRODUCT DATA

### Decora Smart® Mini Plug-In Switch



### (2nd Gen)







**WORKS WITH MY LEVITON**

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

**SUPPORTS MATTER**

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw



https://youtu.be/r2VYY5Yx7NA

| said communication device is configured to validate said | The accused product discloses the system such that said communication device that is configured to validate said SGPC ID and password (e.g., required identifiers such as a respective user account information, device unique identifiers, etc., to receive data corresponding to a respective device from the intended user account at the server) provided by said user interface (e.g., Leviton smartphone app interface) using said proxy server. |
|---|---|

| | |
|---|---|
| SGPC ID and password provided by said user interface using said proxy server; | Leviton smartphone app provides power usage values of the Leviton Decora smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server.<br><br>Further, while registering an Leviton Decora smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Leviton smartphone app.<br><br> |

https://leviton.com/products/d215p-1bw



## PRODUCT DATA

### Decora Smart® Mini Plug-In Switch

 

(2nd Gen)





**WORKS WITH MY LEVITON**

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

**SUPPORTS MATTER**

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw



https://youtu.be/r2VYY5Yx7NA

| said communication device is configured to determine if said SGPC ID | The accused product discloses the system such that said communication device (e.g., a smartphone enabled with Leviton smartphone app) that is configured to determine if said SGPC ID and password (e.g., required identifiers such as a respective user account information, device unique identifiers, etc., to receive data corresponding to a respective device at the intended user account at the server) are valid, and if so, return the router IP ADR, port, and subnet vector or path for said SGPC to said user interface. |
|---|---|

| | |
|---|---|
| and password are valid, and if so, return the router IP ADR, port, and subnet vector or path for said SGPC to said user interface; and | Leviton smartphone app provides power usage values of the Leviton Decora smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server.<br><br>Further, while registering a Leviton Decora smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Leviton smartphone app.<br><br> |

https://leviton.com/products/d215p-1bw



## PRODUCT DATA



### Decora Smart® Mini Plug-In Switch (2nd Gen)





**WORKS WITH MY LEVITON**

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

**SUPPORTS MATTER**

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw



https://youtu.be/r2VYY5Yx7NA

| said communication device is configured to determine if said SGPC ID and password are valid, and if not, return an error code to said user interface. | The accused product discloses such that said communication device is configured to determine if said SGPC ID and password are valid, and if not, return an error code to said user interface.<br><br>Leviton smartphone app provides power usage values of the Leviton Decora smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server.<br><br>Further, while registering an Leviton smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Leviton smartphone app. |



https://leviton.com/products/d215p-1bw

**PRODUCT DATA**

# Decora Smart® Mini Plug-In Switch

 

## (2nd Gen)



### WORKS WITH MY LEVITON

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

### SUPPORTS MATTER

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw

| | |
|---|---|
| | <br>https://youtu.be/r2VYY5Yx7NA |
| 21. A tangible non- | The accused product discloses a system that practices a tangible non-transitory computer usable medium having computer-readable program code means comprising a power control method |

| | |
|---|---|
| transitory computer usable medium having computer-readable program code means comprising a power control method wherein said method controls a Smart Gateway Power Control (SGPC) system comprising:<br><br>(a) power source plug; (b) power load receptacle; (c) power switch; (d) power monitor; | wherein said method controls a Smart Gateway Power Control (SGPC) system comprising (a) power source plug; (b) power load receptacle; (c) power switch; (d) power monitor; (e) computing device; and (f) wireless communication interface.<br><br>The accused product is a smart plug device that includes a wireless switch (e.g., power switch). It discloses a system that provides a power source plug and a receptacle. The smart plug enables monitoring of power consumption, providing a power monitor and support Wi-Fi communication (e.g., wireless communication interface). The smart plug comprises a memory that contains the tangible non-transitory computer usable medium having computer-readable program code.<br><br><br><br>https://leviton.com/products/d215p-1bw |

| (e) computing device; and (f) wireless communication interface; | |
|---|---|
| | **PRODUCT DATA** <br><br>**Decora Smart®**   matter<br>**Mini Plug-In Switch**<br>**(2nd Gen)**<br><br><br><br>works with **my leviton**    works with **alexa**<br><br>**WORKS WITH MY LEVITON**<br>The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.<br>• Schedule lights to adjust at specific times or based on sunrise/sunset<br>• Create lighting scenes and activities to automate multiple devices at once<br>• Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms<br>• Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home<br><br>**SUPPORTS MATTER**<br>Works with all Matter enabled smart devices and Matter<br><br>https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf |



https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

The Leviton Decora smart plug monitors the state of the power load on the smart plug device using the ON and OFF values indicating a power monitor.

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw

## WIRE-FREE SWITCHED OUTLET CONTROL

The Decora Smart Wi-Fi 2nd Gen Mini Plug-in Switch can be paired with wire-free DAWSC Anywhere Switch Companion. Anywhere Companions look like a traditional switch and are easily installed onto any interior wall surface or in an existing wallbox with no wiring required. Up to 3 Companions can be associated to a D215P for easy to install switched outlet control.



WIRE-FREE

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw



- General purpose loads up to 15 amps, for specific ratings see the chart below.

- Additional self-service support options can be found in the My Leviton app or at leviton.com/decorasmart.

| RATINGS | |
|---|---|
| General Use | 15A, 120VAC, 60Hz |
| LED / CFL / Electronic Ballast | 5A |
| Incandescent / Halogen | 1500W |
| Magnetic Ballast | 15A |
| Motor | 3/4 HP |
| Operating Temp | 0°C - 40°C (32°F - 104°F) |
| Operating Humidity | 0 - 90% non-condensing |
| **NETWORK** | |
| Wi-Fi | 802.11 b/g/n networks - 2.4GHz only |
| Security | WPA, WPA2, or WPA3 security, or open |
| Bluetooth | v5.0 |
| **MY LEVITON APP** | |
| iOS | version 12.0 or later |
| Android | version 8.0 or later |

https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-

D215P-02A-W.pdf

**Plug in your device**

1.

2. Press to turn ON and OFF.

https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

## Home screen dashboard





The main screen for your Load Center shows your current expenditures at a glance. From this screen you can access all of the various Load Center details and settings.

See what energy sources are currently powering your home

Monitor up to 3 alternate energy sources with CTs

Breaker consumption per circuit

https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-Leviton-App-Guide.pdf



| | |
|---|---|
| | https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-Leviton-App-Guide.pdf |
| wherein said power switch comprises a primary and secondary contactor, said primary and secondary contactor electrically connected in response to a control input; | The accused product discloses the system such that said power switch comprises a primary (e.g., input pins) and secondary contactor (e.g., output pins), said primary (e.g., input pins) and secondary contactor (e.g., output pins) electrically connected in response to a control input (e.g., selecting on/off button to control the power flow from input pin to output pin).<br><br>The smart plug comprises a switch that comprises an input pin (e.g., primary contactor) and an output pin (e.g., secondary contactor) which are connected based on a control input (e.g., selecting on/off button to control the power flow from input pin to output pint).<br><br> |

https://leviton.com/products/d215p-1bw



## PRODUCT DATA

### Decora Smart® Mini Plug-In Switch (2nd Gen)







**WORKS WITH MY LEVITON**

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

**SUPPORTS MATTER**

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



**DIMENSIONAL DRAWINGS**

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw

## WIRE-FREE SWITCHED OUTLET CONTROL

The Decora Smart Wi-Fi 2nd Gen Mini Plug-in Switch can be paired with wire-free DAWSC Anywhere Switch Companion. Anywhere Companions look like a traditional switch and are easily installed onto any interior wall surface or in an existing wallbox with no wiring required. Up to 3 Companions can be associated to a D215P for easy to install switched outlet control.



WIRE-FREE

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw

 **Plug in your device**





https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

| said power source plug is electrically connected to said primary contactor of said power switch; | The accused product discloses the system that comprises said power source plug (e.g., plug for power supply input) that is electrically connected to said primary contactor (e.g., input pins) of said power switch.<br><br>Leviton's Decora Smart Plug disclose an electrical connection between the power source plug connected to the primary contactor input pin of the relay (e.g., power switch).<br><br><br>https://leviton.com/products/d215p-1bw |
| --- | --- |

**PRODUCT DATA**



# Decora Smart® Mini Plug-In Switch

**Wi Fi CERTIFIED**



### (2nd Gen)



**WORKS WITH MY LEVITON**

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

**SUPPORTS MATTER**

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



## DIMENSIONAL DRAWINGS

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

## WIRE-FREE SWITCHED OUTLET CONTROL

The Decora Smart Wi-Fi 2nd Gen Mini Plug-in Switch can be paired with wire-free DAWSC Anywhere Switch Companion. Anywhere Companions look like a traditional switch and are easily installed onto any interior wall surface or in an existing wallbox with no wiring required. Up to 3 Companions can be associated to a D215P for easy to install switched outlet control.



WIRE-FREE

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw

 **Plug in your device**



1.

2. Press to turn ON and OFF.



https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

| | |
|---|---|
| said power load receptacle is electrically connected to said secondary contactor of said power switch; | The accused product discloses the system such that said power load receptacle that is electrically connected to said secondary contactor of said power switch.<br><br>The accused product discloses an electrical connection between the power load receptacle connected to the secondary contactor or output pin of the relay (e.g., power switch).<br><br><br><br>https://leviton.com/products/d215p-1bw |

## PRODUCT DATA



# Decora Smart® Mini Plug-In Switch

**Wi Fi CERTIFIED**

 matter

## (2nd Gen)



works with **my leviton**

works with alexa

### WORKS WITH MY LEVITON

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

### SUPPORTS MATTER

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



## DIMENSIONAL DRAWINGS

3.15 in

1.18 in

1.51 in

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

## WIRE-FREE SWITCHED OUTLET CONTROL

The Decora Smart Wi-Fi 2nd Gen Mini Plug-in Switch can be paired with wire-free DAWSC Anywhere Switch Companion. Anywhere Companions look like a traditional switch and are easily installed onto any interior wall surface or in an existing wallbox with no wiring required. Up to 3 Companions can be associated to a D215P for easy to install switched outlet control.



WIRE-FREE

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw

 **Plug in your device**



1.



2. Press to turn ON and OFF.

https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

| | |
|---|---|
| said power monitor produces a power value output in response to the electrical power flowing through said power load receptacle; | The accused product discloses the system such that said power monitor that produces a power value output in response to the electrical power flowing through said power load receptacle.<br><br>Leviton's Decora smart plug monitors the power load using a power monitoring and power value output in response to electrical power flowing through the power load receptacle.<br><br><br><br>https://leviton.com/products/d215p-1bw |

## PRODUCT DATA



# Decora Smart® Mini Plug-In Switch





**(2nd Gen)**



**WORKS WITH MY LEVITON**

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

**SUPPORTS MATTER**

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw

 **Plug in your device**



1.

2. Press to turn ON and OFF.



https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

## Home screen dashboard





The main screen for your Load Center shows your current expenditures at a glance. From this screen you can access all of the various Load Center details and settings.

See what energy sources are currently powering your home

Monitor up to 3 alternate energy sources with CTs

Breaker consumption per circuit

https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-

Leviton-App-Guide.pdf



https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-

| | |
|---|---|
| | Leviton-App-Guide.pdf |
| said computing device is electrically connected to said power switch control input; | The accused product discloses the system such that said computing device that is electrically connected to said power switch control input.<br><br>The accused product comprises a processor (e.g., computing device) that is electrically connected to the relay on the PCB.<br><br>**DIMENSIONAL DRAWINGS**<br><br><br><br>https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf<br><br>The Leviton Decora smart plug monitors the state of the power load on the smart plug device using the ON and OFF values indicating a power monitor. |

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



- General purpose loads up to 15 amps, for specific ratings see the chart below.

- Additional self-service support options can be found in the My Leviton app or at leviton.com/decorasmart.

| RATINGS | |
|---|---|
| General Use | 15A, 120VAC, 60Hz |
| LED / CFL / Electronic Ballast | 5A |
| Incandescent / Halogen | 1500W |
| Magnetic Ballast | 15A |
| Motor | 3/4 HP |
| Operating Temp | 0°C - 40°C (32°F - 104°F) |
| Operating Humidity | 0 - 90% non-condensing |
| **NETWORK** | |
| Wi-Fi | 802.11 b/g/n networks - 2.4GHz only |
| Security | WPA, WPA2, or WPA3 security, or open |
| Bluetooth | v5.0 |
| **MY LEVITON APP** | |
| iOS | version 12.0 or later |
| Android | version 8.0 or later |

https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf



https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

| said | The accused product discloses the system such that said computing device that is electrically |

| computing device is electrically connected to said power monitor power value output; | connected to said power monitor power value output. <br><br> The accused product comprises a processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device. This indicates that the power monitor is electrically connected to the computing device. <br><br>  <br><br> https://leviton.com/products/d215p-1bw |

**PRODUCT DATA**

# Decora Smart® Mini Plug-In Switch

**Wi Fi CERTIFIED**

 matter

## (2nd Gen)



works with **my leviton**

works with **alexa**

### WORKS WITH MY LEVITON

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

### SUPPORTS MATTER

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw

 **Plug in your device**



1.



2. Press to turn ON and OFF.

https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

## Home screen dashboard



**1** The main screen for your Load Center shows your current expenditures at a glance. From this screen you can access all of the various Load Center details and settings.

See what energy sources are currently powering your home

Monitor up to 3 alternate energy sources with CTs

Breaker consumption per circuit

https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-

Leviton-App-Guide.pdf



https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-

| | Leviton-App-Guide.pdf |
|---|---|
| said computing device communicates to a first computer network via said wireless communication interface and modulates the state of said power switch control input in response to commands received from a user interface communicating with said a second computer network; and | The accused product discloses the system such that said computing device (e.g., processor) communicate to a first computer network (e.g., communication network between server and Leviton's Decora smart plug) via said wireless communication interface (e.g., Wi-Fi network interface) and modulates the state of said power switch control input (e.g., selecting on/off button to control the power flow from input pin to output pin) in response to commands (e.g., turn on/off commands) received from a user interface (e.g., Leviton app) communicating with said a second computer network (e.g., communication network between server and Leviton smartphone app).<br><br>The accused product comprises a processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network interface. It transmits the status and power values to the server.<br><br>Further, Leviton provides a Leviton smartphone app that can communicate to the server over Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can turn on or off the smart plug. |



https://leviton.com/products/d215p-1bw

**PRODUCT DATA**



# Decora Smart® Mini Plug-In Switch



**(2nd Gen)**



**WORKS WITH MY LEVITON**

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

**SUPPORTS MATTER**

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



## DIMENSIONAL DRAWINGS

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw



https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

## WIRE-FREE SWITCHED OUTLET CONTROL

The Decora Smart Wi-Fi 2nd Gen Mini Plug-in Switch can be paired with wire-free DAWSC Anywhere Switch Companion. Anywhere Companions look like a traditional switch and are easily installed onto any interior wall surface or in an existing wallbox with no wiring required. Up to 3 Companions can be associated to a D215P for easy to install switched outlet control.



WIRE-FREE

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw



- General purpose loads up to 15 amps, for specific ratings see the chart below.

- **Additional self-service support options can be found in the My Leviton app or at leviton.com/decorasmart.**

| RATINGS | |
|---|---|
| General Use | 15A, 120VAC, 60Hz |
| LED / CFL / Electronic Ballast | 5A |
| Incandescent / Halogen | 1500W |
| Magnetic Ballast | 15A |
| Motor | 3/4 HP |
| Operating Temp | 0°C - 40°C (32°F - 104°F) |
| Operating Humidity | 0 - 90% non-condensing |
| **NETWORK** | |
| Wi-Fi | 802.11 b/g/n networks - 2.4GHz only |
| Security | WPA, WPA2, or WPA3 security, or open |
| Bluetooth | v5.0 |
| **MY LEVITON APP** | |
| iOS | version 12.0 or later |
| Android | version 8.0 or later |

https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-

D215P-02A-W.pdf

**Plug in your device**

1.

2. Press to turn ON and OFF.

https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

# Home screen dashboard





The main screen for your Load Center shows your current expenditures at a glance. From this screen you can access all of the various Load Center details and settings.

See what energy sources are currently powering your home

Monitor up to 3 alternate energy sources with CTs

Breaker consumption per circuit

https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-Leviton-App-Guide.pdf



| | https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-Leviton-App-Guide.pdf |
|---|---|
| said computing device communicates with said first computer network via said wireless communication interface and transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer | The accused product discloses the system such that said computing device communicates with said first computer network via said wireless communication interface and transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network.<br><br>The accused product comprises a processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network interface. It transmits the status and power values to the server.<br><br>Further, Leviton provides a Leviton smartphone app that can communicate to the server over Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can fetch power usages (e.g., power monitoring values) from the smart plug. |

network;



https://leviton.com/products/d215p-1bw

## PRODUCT DATA



# Decora Smart® Mini Plug-In Switch

 

## (2nd Gen)





**WORKS WITH MY LEVITON**

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

**SUPPORTS MATTER**

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



## DIMENSIONAL DRAWINGS

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

## WIRE-FREE SWITCHED OUTLET CONTROL

The Decora Smart Wi-Fi 2nd Gen Mini Plug-in Switch can be paired with wire-free DAWSC Anywhere Switch Companion. Anywhere Companions look like a traditional switch and are easily installed onto any interior wall surface or in an existing wallbox with no wiring required. Up to 3 Companions can be associated to a D215P for easy to install switched outlet control.



WIRE-FREE

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw



- General purpose loads up to 15 amps, for specific ratings see the chart below.

- **Additional self-service support options can be found in the My Leviton app or at leviton.com/decorasmart.**

| RATINGS | |
|---|---|
| General Use | 15A, 120VAC, 60Hz |
| LED / CFL / Electronic Ballast | 5A |
| Incandescent / Halogen | 1500W |
| Magnetic Ballast | 15A |
| Motor | 3/4 HP |
| Operating Temp | 0°C - 40°C (32°F - 104°F) |
| Operating Humidity | 0 - 90% non-condensing |
| **NETWORK** | |
| Wi-Fi | 802.11 b/g/n networks - 2.4GHz only |
| Security | WPA, WPA2, or WPA3 security, or open |
| Bluetooth | v5.0 |
| **MY LEVITON APP** | |
| iOS | version 12.0 or later |
| Android | version 8.0 or later |

https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-

D215P-02A-W.pdf

https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/DI-000-D215P-02A-W.pdf

# Home screen dashboard





The main screen for your Load Center shows your current expenditures at a glance. From this screen you can access all of the various Load Center details and settings.

See what energy sources are currently powering your home

Monitor up to 3 alternate energy sources with CTs

Breaker consumption per circuit

https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-Leviton-App-Guide.pdf



| | |
|---|---|
| | https://leviton.com/content/dam/leviton/residential/product_documents/none/Decora-Smart-My-Leviton-App-Guide.pdf |
| wherein said method comprises the steps of: (1) registering a communication device with said SGPC using an e-mail address, phone number, or other device identifier; | The accused product discloses the system that practices registering a communication device (e.g., a smartphone enabled with Leviton smartphone app) with said SGPC using an e-mail address, phone number, or other device identifier.<br><br>As shown below, a user can register an Leviton smart plug using the Leviton smartphone app using device identifier. The user's smartphone with the Leviton app registered with the smart plug.<br><br><br><br>https://leviton.com/products/d215p-1bw |



## PRODUCT DATA

# Decora Smart® Mini Plug-In Switch


**Wi Fi CERTIFIED**


matter

## (2nd Gen)




works with my leviton

works with alexa

**WORKS WITH MY LEVITON**

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

**SUPPORTS MATTER**

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://youtu.be/r2VYY5Yx7NA

## FEATURES & BENEFITS

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw

| (2) notifying said communication device via said SGPC of any change in the SGPC IP address, port number, subnet vector by periodically sending update messages to said communication device; | The accused product discloses the system such notifying said communication device via said SGPC of any change in the SGPC IP address, port number, subnet vector by periodically sending update messages to said communication device. |
|---|---|
| | Leviton smartphone app provides power usage values of the Leviton Decora smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server. |
| | Further, while registering a Leviton Decora smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug in the Leviton smartphone app. |



https://leviton.com/products/d215p-1bw

**PRODUCT DATA**



# Decora Smart® Mini Plug-In Switch



## (2nd Gen)



### WORKS WITH MY LEVITON

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

### SUPPORTS MATTER

Works with all Matter enabled smart devices and Matter

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw



https://youtu.be/r2VYY5Yx7NA

| (3) retrieve the latest IP address or port for said SGPC from said received SGPC update messages and retain said latest IP address or port for use in communicating with said SGPC; and (4) terminating said method. | The accused product discloses the system that practices retrieve the latest IP address or port for said SGPC from said received SGPC update messages and retain said latest IP address or port for use in communicating with said SGPC.<br><br>Leviton smartphone app provides power usage values of the Leviton Decora smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server.<br><br>Further, while registering a Leviton Decora smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug in the Leviton smartphone app. |



https://leviton.com/products/d215p-1bw

**PRODUCT DATA**

# Decora Smart® Mini Plug-In Switch

**Wi Fi CERTIFIED**

 matter

## (2nd Gen)



### WORKS WITH MY LEVITON

The My Leviton app provides control from anywhere, device customization, scheduling, management of other Decora Smart devices such as wall switches and dimmers, as well as connectivity to My Leviton integration partners including voice assistants.

- Schedule lights to adjust at specific times or based on sunrise/sunset
- Create lighting scenes and activities to automate multiple devices at once
- Optionally use the auto-shutoff feature to act as a countdown timer in closets, hallways, and bathrooms
- Utilize the Away mode to randomize schedules of selected devices to provide a lived-in appearance when away from home

### SUPPORTS MATTER

Works with all Matter enabled smart devices and Matter

works with **my leviton**

works with **alexa**

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf

**FEATURES & BENEFITS**

- Control your smart plugs from anywhere using the free My Leviton app for iOS and Android, no hub required
- Simplify control of your home – schedule lights and connected plug loads to turn ON/OFF at specific times or based on sunrise/sunset, easily group your smart devices into rooms, and create scenes to activate multiple lights at once
- MATTER: Firmware update available via the My Leviton app to enable **Matter** connectivity
- Works with Hey Google, Amazon Alexa or Apple Siri to use your voice to turn connected devices on or off
- Works with Samsung SmartThings and Schlage Wi-Fi locks
- Connects to Wi-Fi; No hub required
- Ease of installation with mini design allows two mini plug-ins to be plugged into the same outlet
- Integrated Status LED and control button and button for ON/OFF
- Memory maintains ON/OFF status of loads and returns to last state after minor power fluctuations
- Off Means Off – Ensures low-wattage LED bulbs always turn off
- Pair the Anywhere Switch Companion (DAWSC) wirelessly with a Decora Smart Wi-Fi Mini Plug-In to add ON/OFF control of connected loads to any indoor wall surface
- Pre-set schedules live inside each device, so your schedules always run as expected
- Using My Leviton, control up to 99 devices, 50 rooms, 50 activities, and 50 schedules per residence and up to 20 residences per account
- D215P-1BW features packaging designed for the professional electrician and D215P-2RW and D215P-1RW features packaging designed for the retail consumer

https://leviton.com/products/d215p-1bw

**APPLICATION**

Decora Smart Wi-Fi® 2nd Generation devices connect to a Wi-Fi network and the My Leviton app to provide wireless lighting control. Leviton's Wi-Fi 2nd Gen Mini Plug-In Switch is an affordable solution that makes it easier than ever to control plug-in lamps, holiday lighting, electronics, and small appliances. Installation is simple and requires no wiring – just plug in the device. Ideal for any residential setting where remote ON/OFF switching of appliances, motor loads up to 3/4 HP, or freestanding lights, is needed. Connect to your smart home platform of choice – works with Matter, Amazon Alexa, Google Assistant, Apple Home/Siri, and more. Use your voice for control or use your mobile device with the My Leviton app even when you're away from home.

The 2nd Gen Mini Plug-In Switch design allows for two mini plug-ins to be plugged into a single outlet – ideal for controlling multiple devices in areas like living rooms, bedrooms, and kitchens. The integrated button provides manual ON/OFF control at any time.

Combine the Decora Smart Wi-Fi 2nd Gen Mini Plug-In Switch with other Decora Smart Wi-Fi devices to create a Whole Home experience with scheduling, lighting scenes, and app control from anywhere. Go beyond a single device by adding dimmers, switches, fan speed controllers, outlets, and more to control lights, ceiling fans, electronics and small appliances.

https://leviton.com/content/dam/leviton/residential/product_documents/product_specification/D215P-spec-sheet-RS-JA012423-en-leviton.pdf



https://leviton.com/products/d215p-1bw



https://youtu.be/r2VYY5Yx7NA